UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PATRICIA J. FOWLER

     Plaintiff,

V.　　　　　　　　　　　　　　　　　CIVIL ACTION NO
　　　　　　　　　　　　　　　　　　　1:11-cv-02263-WMN


J.C. CHRISTENSEN & ASSOCIATES, INC.

Defendant.　　　　　　　　　　　　　　SEPTEMBER 27, 2011

NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.


　　　　　　　　　　　　　　　　　　　THE PLAINTIFF

　　　　　　　　　　　　　　　　　　　BY /S/Bernard T. Kennedy
　　　　　　　　　　　　　　　　　　　Bernard T. Kennedy, Esquire
　　　　　　　　　　　　　　　　　　　The Kennedy Law Firm
　　　　　　　　　　　　　　　　　　　P.O. Box 657
　　　　　　　　　　　　　　　　　　　Edgewater, MD 21037
　　　　　　　　　　　　　　　　　　　Ph   (443) 607-8901
　　　　　　　　　　　　　　　　　　　Fax (443) 607-8903
　　　　　　　　　　　　　　　　　　　Fed. Bar # Md26843
　　　　　　　　　　　　　　　　　　　bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 9/27/11 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy